**CYNTHIA JO JACOBS**
**25-cv-01403**
**Judge Stickman**

**FIRST AMENDED SCHEDULE A**

| No. | Defendant / Seller | Account ID |
|---|---|---|
| 1 | xuchengqian | A30CD5NN6NSVPR |
| 2 | BSTRONGD | A3TOHCD71J9WNL |
| 3 | ZKBX Direct | A27VU0HXPO1SCU |
| 4 | kaimisite | AXP6QVD8UP5V5 |
| 5 | chongqingjingyuejiancaixiaoshoujingyingbu | A2ZY4V8OF3GOJB |
| 6 | liyuxiangdsajifajksfhnauisfnaisjfsasf | A33MDNRN4QLBJ8 |
| 7 | shandongmuyantangshangmaoyouxiangongsi | A1N05SV9WVX96K |
| 8 | HeYingLi85 | A3ALNO5ZWWQ1F6 |
| 9 | Chms | A1T19UD79IZVDD |
| 10 | QuJingHaoNiFuZhuang | A2JZD6DDT0591C |
| 12 | CCHANGOO | A39XHHF66YL54 |
| 13 | guangzhouyangxiaowujindian | A332YG25C1QO72 |
| 14 | YongFuJianZhuLaoWu | A18KN812V9G82 |
| 15 | LinCangJieQueQinShangMa | A2N4QI0JD50QZZ |
| 16 | LiQiXia55 | A176NCGJ8MDJPR |
| 17 | dinadianshop | A1SUOL9LQO31VN |
| 18 | QuJingKaiTongKeJi | A1SUVYWMW5NAX1 |
| 19 | wangluliyishangmao | A1KUX7WJY4BNN3 |
| 20 | heilongjiangyubiansishangmaoyouxiangongsi | A1D3JL4DMPMOE4 |
| 21 | wuzhifeidexiaodian | A3CQQ2J3E3X2SI |
| 22 | QuJingXuLiaoShangMao | AIO1ZA260OA9F |
| 23 | khgkuig | A1FYNGQA3KSJ6A |
| 24 | LianYuanShiYiTongLaoWuYouXianGongSi | A12FE0A31CVF79 |
| 25 | chenjiaming220 | A2LK5JHXGLVKED |
| 26 | xiaoruima | A236EK2GQFWAS2 |
| 27 | HaErBinHuangXiShangMaoYouXianGongSi | A1R48UOC7LZ1IR |
| 28 | KaiDaJianZhuGongCheng | ARQPEZV0C0DPX |
| 29 | shenyangshiyongditeshangmaoyouxiangongsi | A1JRWUXWNMKWXR |
| 30 | zhangjiawendedian | A2GOBEENSCC9IX |
| 31 | shengweiwushangmao | A1BT1YSBPT3SEX |
| 32 | MAKE PRETTY STORE | A3AGNKBSZLA7PL |
| 33 | MDreArt | A3T7NE6JLMPVFT |
| 34 | zhangmomaiwazi | A3KAF7S00OUKR4 |
| 35 | TunChangWeiBangXianShangMaoYouXianGongSi | 101643153; 10001662503 |
| 36 | ZhangYouQing | 102490153; 10002509510 |
| 37 | Haolong | 2707030443122 |

| 38 | ATRIR | 634418217586326 |
|---|---|---|
| 39 | Yilan Trading House | 634418217971210 |
| 40 | Artistic creator | 634418217232517 |
| 41 | ArtOnCanvas | 634418218762296 |
| 42 | Ashlyn Wall art | 634418218594616 |
| 43 | benjiashangmao | 634418217005445 |
| 44 | MysticWea | 634418217879139 |
| 45 | Pingdingshan Penglong Trading Co Ltd | 634418216946048 |
| 46 | YYR Wall Art | 634418218684047 |
| 47 | LeafYR Wall Art | 634418219139489 |
| 48 | Crystal Lattice Sports Shop | 63441821198749 |
| 49 | Vintage Sign Atelier | 634418218669743 |
| 50 | Aura Art | 634418219035910 |
| 51 | FARFRE ART | 634418216814549 |
| 52 | RS ART PAINTING | 634418215150703 |
| 53 | DECOR SELLER | 634418215522821 |
| 54 | Starlight Shop local | 634418219770946 |
| 55 | illusory in local | 634418219722414 |
| 56 | HOME ACCESSOIRES | 634418215771414 |
| 57 | Lracle | 634418216637718 |
| 58 | Red Lightning local | 634418217750409 |
| 60 | Yolandy | 634418219352244 |
| 61 | Lenin | 634418216260993 |
| 62 | Happyposter | 634418216376999 |
| 63 | Fine great art | 634418217550962 |
| 64 | Wall Art Youll Love | 634418215341492 |
| 65 | artful living vibes | 634418216623902 |
| 66 | Dragon Wall Art | 634418217847494 |
| 67 | Magical paintings | 634418219271885 |
| 68 | Three posters | 634418219618432 |
| 69 | BJHG Mall | 634418216596001 |
| 70 | super oil painter | 634418219530486 |
| 71 | RSONE WALL ART | 634418218096344 |
| 72 | Life is so wonderful | 634418217946131 |
| 73 | XBC Wall Art | 634418215835810 |
| 74 | ZHRNG WALL ART | 634418217933457 |
| 75 | Hot Wind Art | 634418219958715 |
| 76 | Eterna Art | 634418216777511 |
| 77 | Peach Art | 634418216929376 |
| 78 | Wall Art QQT | 634418218394228 |
| 79 | South from | 634418210742431 |
| 80 | ACOO | 634418219543302 |
| 81 | Zhi Hong decorative | 634418218637147 |
| 82 | Tin Painting Arts | 634418218667549 |
| 83 | Lucky Gate | 634418219367947 |

| | | |
|---|---|---|
| 84 | Tingmao House Canvas Painting | 634418219502657 |
| 85 | lcsm | 634418217883893 |
| 86 | InnovateLife | 634418219556047 |
| 87 | ALL DECOR | 634418219684049 |
| 88 | Curated Canvas | 634418219156219 |
| 89 | ART Elegance Walls | 634418219700825 |
| 90 | jiafenglin | 634418216226268 |
| 92 | Hottaa Canvas Wall Art | 634418218714008 |
| 93 | Sam Art Painting | 634418217049680 |
| 94 | Superior Wall Art | 634418217197924 |
| 95 | PaintTopShop | 63441820185850 |
| 96 | aqiang Wall Art | 634418218530379 |
| 97 | Artful Decor Vision | 634418219329799 |
| 98 | decoratio N | 634418215982184 |
| 99 | funny shopwindow | 634418217862133 |