IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA JO JACOBS, <br><br>　　　　　Plaintiffs, <br>v. <br><br>XUCHENGQIAN, et al., <br><br>　　　　　Defendants. | Civil Action No. <br><br>25-cv-01403 <br><br>(Judge Stickman) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) BSTRONGD, MAKE PRETTY STORE, MDreArt, Artistic creator, Fine great art, Peach Art, Hottaa Canvas Wall Art with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 9, 2025　　　　　　/s/ Stanley D. Ference III
　　　　　　　　　　　　　　　　　　Stanley D. Ference III
　　　　　　　　　　　　　　　　　　Pa. ID No. 59899
　　　　　　　　　　　　　　　　　　courts@ferencelaw.com

　　　　　　　　　　　　　　　　　　FERENCE & ASSOCIATES LLC
　　　　　　　　　　　　　　　　　　409 Broad Street
　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15143
　　　　　　　　　　　　　　　　　　(412) 741-8400 – Telephone
　　　　　　　　　　　　　　　　　　(412) 741-9292 – Facsimile

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff